## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KARENA A. REILLY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-1397** |
| | : | |
| **INDEPENDENCE FIRE SPRINKLER,** | : | |
| *et al.*, | : | |
| **Defendant.** | : | |

### ORDER

**AND NOW**, this 14th day of May, 2026, upon consideration of Plaintiff Karena A.

Reilly's *pro se* Amended Complaint (ECF No. 9), it is **ORDERED** as follows:

1.    The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons

stated in the Court's Memorandum filed herewith.

2.    The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

**BY THE COURT:**

_____

**R. BARCLAY SURRICK, J.**